Lamar WHITE and Lois White, Appellees

v.

PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, an Agency of the Commonwealth and Bradley Mallory, Secretary of Transportation, Appellants.

Supreme Court of Pennsylvania.

Oct. 19, 2000.

## ORDER

PER CURIAM:

AND NOW, this 19th day of October, 2000, the Order of the Commonwealth Court is hereby **AFFIRMED**.

It is further ordered that the Application For Advancement Pursuant to Pa. R.A.P. 2313 is **DENIED** as moot.